In the Matter of Christopher
PASSODELIS, Jr.

No. 29 DB 2002 (No. 20 RST 2002).

Supreme Court of Pennsylvania.

June 7, 2002.

*ORDER*

PETITION FOR REINSTATEMENT
FROM INACTIVE STATUS

PER CURIAM:

AND NOW, this 7th day of June, 2002, The Report and Recommendations of The Disciplinary Board of the Supreme Court of Pennsylvania dated May 10, 2002, are approved and IT IS ORDERED that CHRISTOPHER PASSODELIS, JR., who has been on inactive status, has never been suspended or disbarred, and has demonstrated that he has the moral qualifications, competency and learning in law required for admission to practice in the Commonwealth, shall be and is, hereby reinstated to active status as a member of the Bar of this Commonwealth. The expenses incurred by the Board in the investigation and processing of the Petition for Reinstatement shall be paid by the Petitioner.

OFFICE OF DISCIPLINARY
COUNSEL, Petitioner,

v.

Wayne Anthony RODNEY, Respondent.

Nos. 743 Disciplinary Docket No. 3.

Supreme Court of Pennsylvania.

June 13, 2002.

*ORDER*

PER CURIAM.

AND NOW, this 13th day of June, 2002, the Petition for Allowance of Appeal is granted and it is hereby

ORDERED that Wayne Anthony Rodney be and he is suspended from the Bar of this Commonwealth for a period of one year and one day, and he shall comply with all the provisions of Rule 217, Pa.R.D.E. It is further ORDERED that respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.